# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                         **PLAINTIFF**

**VS.**                          **NO. 4:17-CR-00137-JM**

**DANNY RAY WILLIAMS, JR.**                                              **DEFENDANT**

## DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT

Comes now Defendant, Danny Ray Williams, Jr., by and through his attorney, Arkie Byrd, and for his Objections to Presentence Report, states as follows:

1. Counsel for the Defendant has conferred with Defendant regarding his objections to the Revised Presentencing Report dated September 3, 2020.

2. The Defendant raises objection to paragraph 46 of the Presentencing Report and the assignment of three criminal history points. Counsel has researched this issue and can find no legal basis for objecting to paragraph 46.

3. The Defendant's objection relates to the running of prior concurrent sentences in state court.

4. However, counsel would like to reserve the right and opportunity for the Defendant to argue and/or raise his objection to paragraph 46 at the sentencing hearing that has been scheduled for October 1, 2020.

                                                                                       Respectfully submitted,

                                                                                       ARKIE BYRD #80020
                                                                                       MAYS, BYRD & ASSOCIATES, P.A.
                                                                                       212 Center St., 7th Floor
                                                                                       Little Rock, AR 72201
                                                                                       (501) 372-6303
                                                                                       abyrd@maysbyrdlaw.com