# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-1037

_____

United States of America

Plaintiff - Appellee

v.

Danny Ray Williams, Jr.

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00137-JM-1)

**JUDGMENT**

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.

The motion of appellee for dismissal of this appeal is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b).

March 12, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

Adopted April 15, 2015
Effective August 1, 2015

**Revision of Part V of the Eighth Circuit Plan to Implement the Criminal Justice Act of 1964.**

V. Duty of Counsel as to Panel Rehearing, Rehearing En Banc, and Certiorari

Where the decision of the court of appeals is adverse to the defendant in whole or in part, the duty of counsel on appeal extends to (1) advising the defendant of the right to file a petition for panel rehearing and a petition for rehearing en banc in the court of appeals and a petition for writ of certiorari in the Supreme Court of the United States, and (2) informing the defendant of counsel's opinion as to the merit and likelihood of the success of those petitions. If the defendant requests that counsel file any of those petitions, counsel must file the petition if counsel determines that there are reasonable grounds to believe that the petition would satisfy the standards of Federal Rule of Appellate Procedure 40, Federal Rule of Appellate Procedure 35(a) or Supreme Court Rule 10, as applicable. *See Austin v. United States,* 513 U.S. 5 (1994) (per curiam); 8th Cir. R. 35A.

If counsel declines to file a petition for panel rehearing or rehearing en banc requested by the defendant based upon counsel's determination that there are not reasonable grounds to do so, counsel must so inform the court and must file a written motion to withdraw. The motion to withdraw must be filed on or before the due date for a petition for rehearing, must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for rehearing, and must request an extension of time of 28 days within which to file pro se a petition for rehearing. The motion also must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for writ of certiorari.

If counsel declines to file a petition for writ of certiorari requested by the defendant based on counsel's determination that there are not reasonable grounds to do so, counsel must so inform the court and must file a written motion to withdraw. The motion must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for writ of certiorari.

A motion to withdraw must be accompanied by counsel's certification that a copy of the motion was furnished to the defendant and to the United States.

Where counsel is granted leave to withdraw pursuant to the procedures of *Anders v. California,* 386 U.S. 738 (1967), and *Penson v. Ohio*, 488 U.S. 75 (1988), counsel's duty of representation is completed, and the clerk's letter transmitting the decision of the court will notify the defendant of the procedures for filing pro se a timely petition for panel rehearing, a timely petition for rehearing en banc, and a timely petion for writ of certiorari.

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 12, 2021

Ms. Arkie Byrd
MAYS & BYRD
Suite 700
212 Center Street
Little Rock, AR  72201

      RE:  21-1037  United States v. Danny Williams, Jr.

Dear Counsel:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                              Michael E. Gans
                              Clerk of Court

MVP

Enclosure(s)

cc:    Mr. Michael S. Gordon
        Mr. Jim McCormack
        Mr. Danny Ray Williams Jr.

      District Court/Agency Case Number(s):   4:17-cr-00137-JM-1

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Subject:** | 21-1037 United States v. Danny Williams, Jr. "judgment filed granting dismiss case" (4:17-cr-00137-JM-1) |
| **Date:** | Friday, March 12, 2021 8:47:37 AM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 03/12/2021

**Case Name:** United States v. Danny Williams, Jr.
**Case Number:** 21-1037
**Document(s):** Document(s)

**Docket Text:**
**JUDGMENT FILED -** Granting [5008235-2] motion to dismiss case filed by Mr. Michael S. Gordon., DISMISSED RAYMOND W. GRUENDER, ROGER L. WOLLMAN and L. STEVEN GRASZ Adp Mar 2021 [5013701] [21-1037] (Megan Polley)

**Notice will be electronically mailed to:**

Ms. Arkie Byrd: abyrd@maysbyrdlaw.com, djohnson@maysbyrdlaw.com
Mr. Michael S. Gordon, Assistant U.S. Attorney: Michael.Gordon@usdoj.gov, sonya.jeffords2@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Danny Ray Williams, Jr.
WEST TENNESSEE DETENTION FACILITY
6299 Finde Naifeh Jr. Drive
P.O. Box 509
Mason, TN 38049

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/MeganPolley_211037_5013701_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/12/2021] [FileNumber=5013701-0]
[b32cb5923985023898d33bed9e025923588c4d57d467a90f24ec0c4e8c8e8e632044aa617eefd6a9510796843baf2bff7947d62531d32473f4d6c4bb0f6ecf14]]
**Recipients:**

- Ms. Arkie Byrd
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court
- Mr. Danny Ray Williams, Jr.

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/MeganPolley_211037_5013701_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/12/2021] [FileNumber=5013701-1]
[230f8a0bb57993e730be36c973695673dcbc8b55bce6cae494cfbff405d206b72efcfb4a766d1bfabd2dc623d99b9c28f3e45fd608c5d57dbb1b46efd0401bad]]
**Recipients:**

- Ms. Arkie Byrd
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court
- Mr. Danny Ray Williams, Jr.

**Document Description:** Revision Part V of Plan to Implement CJA
**Original Filename:** /opt/ACECF/live/forms/MeganPolley_211037_5013701_RevisionPartVofPlantoImpCJA_539.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/12/2021] [FileNumber=5013701-2]
[3dd351d7a10aa230b22d971c5ebd6029d8349cf673d40a8e99f8b4346bb1b71c1582788bf3ee09d3fc765a13f586d757fdf3c1329e9c8920d8639ca518c715d4]]
**Recipients:**

- Ms. Arkie Byrd

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5013701
**RELIEF(S) DOCKETED:**
   dismiss case
   Dismissed
**DOCKET PART(S) ADDED:** 6725337, 6714020, 6725338, 6725339