UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-1894

Danny Ray Williams, Jr.

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:22-cv-00313-JM)      4:17-cr-00137-JM-1

**JUDGMENT**

Before LOKEN, COLLOTON, and ERICKSON, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

July 11, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 11, 2023

Mr. Danny Ray Williams Jr.
FEDERAL CORRECTIONAL COMPLEX
31377-009
P.O. Box 5000
Yazoo City, MS  39194-5000

RE:  23-1894  Danny Williams, Jr. v. United States

Dear Mr. Williams:

     Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                                     Michael E. Gans
                                     Clerk of Court

RMD

Enclosure(s)

cc:    Ms.  Clerk, U.S. District Court, Eastern District of Arkansas
        Mr. Michael S. Gordon

       District Court/Agency Case Number(s):   4:22-cv-00313-JM

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, July 11, 2023 3:56 PM |
| **Subject:** | 23-1894 Danny Williams, Jr. v. United States "judgment filed sua sponte coa denied" (4:22-cv-00313-JM, Lead: 4:17-cr-00137-JM-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/11/2023

| | |
|---|---|
| **Case Name:** | Danny Williams, Jr. v. United States |
| **Case Number:** | 23-1894 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** Application for Certificate of Appealability is denied. JAMES B. LOKEN, STEVEN M. COLLOTON and RALPH R. ERICKSON Adp July 2023 [5294803] [23-1894] (Rachael DuMey)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Stephen W. Franklin: stephen_franklin@ared.uscourts.gov, sfranklinusdc@aol.com
Mr. Michael S. Gordon, Assistant U.S. Attorney: Michael.Gordon@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, christy.averett@usdoj.gov
Honorable James M. Moody, Jr., U.S. District Judge: jay_moody@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Danny Ray Williams, Jr.
31377-009
FEDERAL CORRECTIONAL COMPLEX
P.O. Box 5000
Yazoo City, MS 39194-5000

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/RachaelDuMey_231894_5294803_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=07/11/2023] [FileNumber=5294803-0]
[816f1be8e863deebcc649167492f5d893b1bacf7fff94967229e3be81e17f022f830dee3da0851b6e113886b226c859f545bf2d131e783db929fc7daa5c8ef8f]]

**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. Danny Ray Williams, Jr.

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/RachaelDuMey_231894_5294803_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/11/2023] [FileNumber=5294803-1]
[ae12f77197612e76d2433fb0a9a7d10d4275ff17e9b99831923cd5933d374fe6fcd6e9e7e994f01cf45e26402e8566849af0fbc9621471df405c3c9d75e0383d]]

**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. Stephen W. Franklin
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Honorable James M. Moody, Jr., U.S. District Judge
- Mr. Danny Ray Williams, Jr.

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5294803
**RELIEF(S) DOCKETED:**
  coa denied
**DOCKET PART(S) ADDED:** 7314044, 7314045, 7314046