IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

V.                      No. 4:17-CR-00137-01-JM

**DANNY RAY WILLIAMS, JR.**

## ORDER

Defendant's Motion for Compassionate Release (Doc. No. 195) is DENIED.

Defendant seeks compassionate release claiming that he should not have been sentenced as a career offender. He argues that his offense of conviction is not a controlled substance offense and that his two prior convictions for third degree domestic battery are not predicate offenses for being a career offender. His claims are contrary to law[1] and have been previously rejected.[2] Nothing has changed. Additionally, relief is not warranted after considering the § 3553(a) factors.

IT IS SO ORDERED this 9th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *United States v. Parker*, No. 22-2905, 2023 WL 8714098, at *2 (8th Cir. Dec. 18, 2023) ("The Arkansas statute prohibition prohibiting domestic battering in the third degree . . . qualifies as a violent felony."); U.S.S.G. § 4B1.2(d) ("The terms 'crime of violence' and 'controlled substance offense' include the offenses of aiding and abetting, attempting to commit, or conspiring to commit any such offense."). When Defendant was sentenced, this language appeared in § 4B1.2, comment. (n. 1).

[2] Doc. Nos. 180, 190.